## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Burgos-Soto, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

### AGENT BACKGOUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosive (ATF) and have been so employed since August of 2019. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, GA. Prior to my employment with ATF, I was an Assistant Compliance Officer in the Bank Secrecy Act (BSA)/Anti-Money Laundering (AML) division with an international financial institution named Activo International Bank. Prior to my employment at Activo International Bank, I held the same title with a publicly traded financial institution named Popular Community Bank for a combined approximate time of five (5) years with both employments. I conducted financial crime investigations related to money laundering, terrorist finance, as well as economic and trade sanctions violations in order to adhere regulatory enforcement from United States Department of the Treasury agencies such as The Financial Crimes Enforcement Network (FinCEN) and from the Office of Foreign Assets Control (OFAC). I have a Bachelor's degree in Criminal Justice from the University of Puerto Rico and a Master's degree in Business Administration from University of Phoenix.

2. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

3. Through training, investigations and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and

through other various forms of information. This affidavit is offered for the limited purpose of establishing probable cause that Erick GABION-VALENTIN violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) Possession with intent to distribute detectable amounts of cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) Possession with intent to distribute detectable amounts of cocaine base, 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) Possession with intent to distribute detectable amounts of marijuana and 21 U.S.C. §§ 924 (c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

5. Therefore, I have not recited every fact known to me as a result of this investigation.

6. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

## FACTS THAT ESTABLISH PROBABLE CAUSE

7. On January 20, 2025, Puerto Rico Police Bureau agents assigned to the Fajardo Narcotics Unit conducted a surveillance at a known drug point located in La Dolores, Rio Grande, Puerto Rico.

8. During the surveillance which was conducted from a green area behind an abandoned residence, PRPB agent using binoculars observed a drug transaction. According to PRPB agent, the drug point seller was wearing an all-black attire and had a fanny pack on his person. The drug point seller was later identified as Erick GABION-VALENTIN.

9. PRPB agents located in the green area behind the residence, observed GABION-VALENTIN go back into the abandoned residence with the drug point customer. PRPB agents in the green area proceeded to relay to PRPB agents in a marked unit to drive in front of the abandoned residence located in street villa coqui with their lights and sirens.

2

10. As stated by PRPB agents, as they proceeded to use their lights and sirens approaching the end of street villa coqui (near the aforementioned abandoned residence), GABION-VALENTIN and the drug point customer came out the rear of the residence and began fleeing on foot. PRPB agents in the green area behind the residence encountered and arrested both GABION-VALENTIN and the drug point customer. According to PRPB agent, GABION-VALENTIN was read his Miranda Rights.

11. PRPB agents seized the following from GABION-VALENTIN:
    a. One (1) Addidas brand fanny pack containing inside:
        i. One (1) Notebook
        ii. Thirty-two (32) baggies of suspected cocaine
        iii. Fifteen (15) decks of suspected heroin
        iv. Ninety-eight (98) clear plastic vials containing suspected cocaine
        v. Twenty (20) clear plastic containers containing marijuana
    b. One (1) Revolver, Smith and Wesson, Caliber 38, Serial Number 519277 (seized from one of GABION-VALENTIN pockets)
        i. Loaded with five rounds (5) of caliber .38 ammunition
    c. One (1) Samsung cellphone (seized from one of GABION-VALENTIN pockets)

12. On January 20, 2025, PRPB agents contacted ATF for their assistance in the investigation.

13. On January 20, 2025, ATF agents read GABION-VALENTIN his Miranda Rights which GABION-VALENTIN understood. GABION-VALENTIN decided to speak to ATF agents.

14. During the interview, GABION-VALENTIN admitted he was selling narcotics in the rear of the abandoned residence. GABION-VALENTIN went on to specify he went into the abandoned house with the drug point customer. When GABION-VALENTIN and the drug point customer noticed the presence of law enforcement officers, both GABION-VALENTIN and the drug point customer began fleeing on foot towards the rear of the dwelling.

3

15. According to GABION-VALENTIN, as soon as he stepped out of the residence, law enforcement officers arrested him.

16. GABION-VALENTIN mentioned he is a drug point seller at the La Dolores drug point. GABION-VALENTIN mentioned that as a drug point seller he sold marijuana, crack, cocaine and heroin.

17. Furthermore, GABION-VALENTIN stated he possessed the firearm to protect himself from rival gangs. GABION-VALENTIN also mentioned that the annotations on the notebook were the drug ledgers.

18. Based on the above facts, I have probable cause to believe that Erick GABION-VALENTIN has violated federal firearm laws. Specifically violated 21 §§ U.S.C. 841 Possession with intent to distribute controlled substances (Cocaine, Cocaine Base(Crack) Marihuana and Heroin) and 18 U.S.C. §§ 924 (c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Respectfully submitted,

Joshua Burgos Soto
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by at 3:37 p.m. on January 21, 2025.

Digitally signed by
Hon. Giselle López-
Soler

HON. Giselle López-Soler
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

4